IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LARRY JAMES BURKE and DARLA BURKE,** ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 15-0525-CG-N |
| **NEW HAMPSHIRE INSURANCE COMPANY and FLAGSTAR BANK FSB,** ) ) ) ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated March 17, 2016, and made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant New Hampshire Insurance Company's Motion to Dismiss Plaintiffs' Second Cause of Action under Federal Rule of Civil Procedure 12(b)(6) (Doc. 5) is **GRANTED** and that the Plaintiffs' Second Cause of Action in their Complaint (Doc. 1) is **DISMISSED**.

**DONE and ORDERED** this 6th day of April, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE